COMMERCIAL COMMUNICATIONS, INC., ET AL. *v.*
PUBLIC UTILITIES COMMISSION
OF CALIFORNIA ET AL.

No. 719.   Decided April 27, 1959.

*Frederick M. Rowe* for appellants.

*J. Thomason Phelps* for the Public Utilities Commission of California, and *Arthur T. George, Eugene M. Prince* and *Francis R. Kirkham* for the Pacific Telephone & Telegraph Co., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE CLARK, MR. JUSTICE HARLAN and MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.